No. 498. JAMES K. COCHRAN ET AL. *v.* COULTON M. BECKER. Error to the Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss or affirm submitted February 26, 1923. Decided March 5, 1923. *Per Curiam.* Dismissed for want of jurisdiction, upon authority of § 6, Act of September 6, 1916, c. 448, 39 Stat. 726, 727. *Mr. Harris Kobey,* pro se. *Mr. Oliver J. Miller* for defendant in error.

---

No. 130. HARRIET STOCKER ET AL. *v.* NEMAHA VALLEY DRAINAGE DISTRICT No. 2. Error to the Supreme Court of the State of Nebraska. Submitted February 28, 1923. Decided March 5, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Spencer* v. *Duplan Silk Co.,* 191 U. S. 526, 530; *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. Halleck F. Rose, Mr. George N. Foster* and *Mr. T. R. P. Stocker* for plaintiffs in error. *Mr. Fred A. Wright* for defendant in error.

---

No. 653. PUGET SOUND POWER & LIGHT COMPANY ET AL. *v.* COUNTY OF KING ET AL. Error to the Supreme Court of the State of Washington. Submitted February 26, 1923. Order entered March 5, 1923. Motion to reinstate this cause on the docket granted. *Mr. James B. Howe, Mr. Walter F. Meier, Mr. Thomas J. L. Kennedy* and *Mr. F. D. McKenney* for plaintiffs in error. *Mr. Howard A. Hanson* and *Mr. Malcolm Douglas* for defendants in error. [See *post,* 626.]

---

No. 314. BRASHER LUMBER COMPANY, FOR THE USE OF ITSELF, ET AL. *v.* SOUTHERN RAILWAY COMPANY. Appeal from the District Court of the United States for the Southern District of Alabama. Submitted March 9, 1923.